May 17, 2015

Zack G Eldred Jr.

TDCJ-ID No.1812117

Bill Clements Unit

9601 Spur 591

Amarillo, Texas 79107-9606

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 29 2015

Abel Acosta, Clerk

Mr. Abel Acosta, Clerk

Court of Criminal Appeals of Texas

P.O.Box 12308, Capital Station

Austin, Texas 78711

## NOTICE OF SERVICE

RE: Applicants orginal writ of habeas corpus for out-of-time
P.D.R filed in Bowie County Texas on February 12, 2015.

Dear Mr. Acosta:

Please find enclosed for presentation to the Court of Criminal Appeals. "My APPLICATION FOR WRIT OF MANDAMAUS" to make the court respond to the writ of habeas corpus for a out-of-time P.D.R. For which should have been acted on and forwarded to the Court of Criminal Appeals, But has not at this time.

Enclosed is two copies of my original "Mandamaus", Please file an stamp one and return it to me and present the other to the court.

There is no copy service available in this Unit, so these are the only two that I have, So would you please make any other copies needd and serve the respondent.

Their address are below, and thank you for your attention to this matter.

Sincerely,

Zack G Eldred Jr.
TDCJ-ID No. 1812117
Pro-Se

Billy Fox District Clerk

Bowie County Texas.

710 James Bowie Dr.

New Boston, Texas 75570

CAUSE No. #11F0762-102

Zack G Eldred Jr                          §        In The 102 Judicial

TDCJ-ID No #1812117                        §        District COURT OF

     RELATOR

VS.                                        §        BOWIE COUNTY, TEXAS

BOWIE COUNTY DISTRICT CLERK
BILLY FOX, IN HER OFFICIAL

CAPCILY,

     RESPONDET.

     PLAINTIFF'ORIGIANL APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGE OF SAID COURT:

     Commes now, _Zack G Eldred Jr_ , Relator, Pro se in the above styled
and numbered cause of action and files this original application for writ
of Mandamus, pursuant to ART.11.07 SEC. 3(C)of the Texas Code Of Criminal
procedune, and would show the court the following:


                                    I

Relator

     Is incarcerated in the Texas Department Of Criminal Judtice and is
appearing Pro se, who can be located at the William P. Clements Unit
9601 Spur 591, Amarillc, Texas 79107.

     Relator has exhausted his remedies and has no other adequate remedy at Law

     The act sought to be compelled is ministerial, Not disretionary remedy
at Law

     The act sought to be compelled is ministerial, not discretionary in
nature. T.C.C.P Art 11.07, SEc. 3 (c) requyres respondent to immediately
Transmit to the court of Court Of Criminal Appeals application for
WRIT of Habeas Corpus For Out-Of-Time P.D.R, Any answers filed,and certi-
ication reciting the Date upon which that finding was made,the application

                                    1

for Writ Of Habeas Corpus for Out-Of-Time P.D.R and answers Filed,and a certicate reciting the date upon which that finding was made have been transmitted to the Court Of Criminal Apeals.

Had such documents been Transmitted to te Court Of Criminal Apeals by Respondebts as required by Statute,Relator would have received notice from the Court Of Criminal Appeals.

## II

Respondent.

Respondent. Billy Fox,in her Officail capacity as District Clerk Of BOwie County,Texas has a ministerial duity to recive and File all papers in a criminal proceeding,and perform alother duitys imposedf on the clerk by lae pursuant to T.C.C.P Art.2.21 and is responsible under T.C.C.P. Art. 11.07 Sec. 3 (c) to immediately transmit to the Court Of Criminal Appeals acopy of the application for Writ of Habeas Corpus For A-Out-Of-Time P.D.R, any answres filed,and a certificate reciting the date upon which thqt findinng was made if the Court decides that there are no issues to be resolved. Billy Fox, District clerk,County,Texas may be served at her place of business at 710 James Bowie Dr. New Boston.Texas 75570

## III

Violation of Aritcle 11.07 Of The Texas Code Of Criminal Procedure.

The respondent violated Art.11.07 Sec, 3(c) of the Texas Code Of Criminal Procedure Failing To File Realor's application for Writ of Habeus Courpus fFor a Out-Of-Time P.D.R as Follows:

In Febuary 2015, appicant mailed his Writ Of Hebeus Corpus For a Out-Of-Time P.D.R.

(2)

To Mrs Debra Autrey,Clerk,Sixth. Court Of Appeals 100 North Stateline Avenue #20 Texarkana Texas 75501 Requesting her to file the Writ and forward to the Court Of Criminal Appeals A copy. Insted of this,Mrs Autrey sent the applicants Writ Of Habeus Corpus to A Out-Of-Time P.D.R to the convicting court at Billy Fox Distric Clerk Bowie County Texas 710 James Bowie D4r. New Boston,Texas 75570. Respondent filed No dated time stamped copy and returned for offenders hete in T.D.C.J Requesting Assitance and their responce was that they contacted Bowie County District Clerk Office on March 29 2015 and it appears the Writ of Habeus has beeen filed and is currently pending review. It has beeen over 45 days and applicant has not recieved any responce from Respontent.

As stated , to date it is ocer 90 days since applicant filed his Writ Of Habeas Corpus for Out-Of-Time P.D.R and has not received a file stamped copy or A response from the District Clerks Office asof May 17 2015. Relator has gone well beyond any requirements Or obligation imposed upon him by the T.C.C.P.

In contrast to reatord efforts,Respondent has wholly failed to comply and forward a copy of Applicants Writ of Habeas Corpus for a Out-Of-Time-P.D.R. with the T.C.C.P Art, 11.07 Sec.3(c), i acting in bad faith to afford Realor to professional and common curtesy of any written responses to his correspendences or request or that or/and requiry.Please see exhibet attecheJ (exhibit A )

(3)

IV

PRAYER FOR RELIEF

Wherefore,PREMISES CONSIDERED, RELATOR, Zack G Eldred Jr.Pro se, respectfully requests this Court to issue a  Writ Of Mandamus directivy the Bowie County District Clerks office to Relatortor request as to the status of his Writ Of Habeas Corpuse For Out-Cf-Time P.D.R and/or whatever this Court feels is appropriate.

Respeclfully Submitted

_____
Zack G Eldred Jr.
Relator Pro Se

Inmate's  Declaration

I, ZACK G ELDRED JR., TDCJ No. #1812117, RElator, Pro Se, being persently incarecerated in the Texas Department Of Criminal Justice, stated in the above origianl appication for Writ Of Mandamus are True and correct

Signed on This____/7____day Of ___May, 2015

_____
Signature Of Relator
Zack G ELdred Jr.
TDCJ-ID No $ 1812117



## State Counsel for Offenders

### A Division of Texas Department of Criminal Justice

P.O. Box 4005
Huntsville, TX 77342-4005
(936) 437-5203

April 7, 2015

Zack Eldred Jr. #1812117
Clements Unit
BC/037

Dear Mr. Eldred:

Upon receiving your letter dated March 29, 2015, wherein you are requesting assistance from our office regarding the writ of habeas you filed with the court. After speaking with the district clerk at Bowie County, it appears your writ of habeas has been filed and is currently pending review.

Thank you,

Lisa M. Moss
Legal Assistant II
Appellate Section
State Counsel for Offenders

May 17, 2015

Zack G Eldred Jr.
TDCJ-ID No.1812117
Bill Clements Unit
9601 Spur 591
Amarillo, Texas 79107-9606

Mr. Abel Acosta, Clerk
Court of Criminal Appeals of Texas
P.O.Box 12308, Capital Station
Austin, Texas 78711

NOTICE OF SERVICE

RE: Applicants orginal writ of habeas corpus for out-of-time
P.D.R filed in Bowie County Texas on February 12, 2015.

Dear Mr. Acosta:

Please find enclosed for presentation to the Court of Criminal Appeals.
"My APPLICATION FOR WRIT OF MANDAMAUS" to make the court respond to the writ
of habeas corpus for a out-of-time P.D.R. For which should have been acted on
and forwarded to the Court of Criminal Appeals, But has not at this time.

Enclosed is two copies of my original "Mandamaus". Please file an stamp
one and return it to me and present the other to the court.

There is no copy service available in this Unit, so these are the only
two that I have, So would you please make any other copies neede and serve
the respondent.

Their address are below, and thank you for your attention to this matter.

Sincerely,

Billy Fox District Clerk
Bowie County Texas.
710 James Bowie Dr.
New Boston, Texas 75570

Zack G Eldred Jr.
TDCJ-ID No. 1812117
Pro-Se

CAUSE No. #11F0762-102

| Zack G Eldred Jr | § | In The 102 Judicial |
| TDCJ-ID No #1812117 | § | District COURT OF |
| RELATOR | | |
| VS. | § | BOWIE COUNTY, TEXAS |

BOWIE COUNTY DISTRICT CLERK
BILLY FOX, IN HER OFFICIAL

CAPCILY,

RESPONDET.

PLAINTIFF'ORIGIANL APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGE OF SAID COURT:

Commes now, Zack G Eldred Jr , Relator, Pro se in the above styled
and numbered cause of action and files this original application for writ
of Mandamus,pursuant to ART.11.07 SEC. 3(C)of the Texas Code Of Criminal
procedune, and would show the court the following:

I

Relator

Is incarcerated in the Texas Department Of Criminal Judtice and is
appearing Pro se, who can be located at the William P. Clements Unit
9601 Spur 591, Amarillo, Texas 79107.

Relator has exhausted his remedies and has no other adequate remedy at Law

The act sought to be compelled is ministerial, Not disretionary remedy
at Law

The act sought to be compelled is ministerial, not discretionary in
nature. T.C.C.P Art 11.07, SEc. 3 (c) requyres respondent to immediately
Transmit to the court of Court Of Criminal Appeals application for
WRIT of Habeas Corpus For Out-Of-Time P.D.R, Any answers filed,and certi-
ication reciting the Date upon which that finding was made,the application

1

for Writ Of  Habeas Corpus for Out-Of-Time P.D.R and answers Filed,and a certicate reciting the date upon which that finding was made have been transmitted to the Court Of Criminal Apeals.

Had such documents been Transmitted to te Court Of Criminal Apeals by Respondebts as required by Statute,Relator would have received notice from the Court Of Criminal Appeals.


## II

Respondent.

Respondent. Billy Fox,in her Officail capacity as District Clerk Of BOwie County,Texas has a ministerial duity to recive and File all papers in a criminal proceeding,and perform alother duitys imposedf on the clerk by lae pursuant to T.C.C.P Art.2.21 and is responsible under T.C.C.P. Art. 11.07 Sec. 3 (c) to immediately transmit to the Court Of Criminal Appeals acopy of the application for Writ of Habeas Corpus For A-Out-Of-Time P.D.R, any answres filed,and a certificate reciting the date upon which thqt findinng was made if the Court decides that there are no issues to be resolved. Billy Fox, District clerk,County,Texas may be served at he r place of business at 710 James Bowie Dr. New Boston.Texas 75570


## III

Violation of Aritcle 11.07 Of The Texas Code Of Criminal Procedure.

The respondent violated Art.11.07 Sec, 3(c) of the Texas Code Of Criminal Procedure Failing To File Realor's application for Writ of Habeus Courpus fFor a Out-Of-Time P.D.R as Follows:

In Febuary 2015, appicant mailed his Writ Of Hebeus Corpus For a Out-Of-Time P.D.R.

(2)

To Mrs Debra Autrey,Clerk,Sixth Court Of Appeals 100 North Stateline Avenue #20 Texarkana Texas 75501 Requesting her to file the Writ and forward to the Court Of Criminal Appeals A copy. Insted of this,Mrs Autrey sent the applicants Writ Of Habeus Corpus to A Out-Of-Time P.D.R to the convicting court at Billy Fox Distric Clerk Bowie County Texas 710 James Bowie D4r. New Boston,Texas 75570. Respondent filed No dated time stamped copy and returned for offenders hete in T.D.C.J Requesting Assitance and their responce was that they contacted Bowie County District Clerk Office on March 29 2015 and it appears the Writ of Habeus has beeen filed and is currently pending review. It has beeen over 45 days and appilicant has not recieved any responce from Respontent.

As stated , to date it is ocer 90 days since applicant filed his Writ Of Habeas Corpus for Out-Of-Time P.D.R and has not received a file stamped copy or A response from the District Clerks Office asof May 17 2015. Relator has gone well beyond any requirements Or obligation imposed upon him by the T.C.C.P.

In contrast to reatord efforts,Respondent has wholly failed to comply and forward a copy of Applicants Writ of Habeas Corpus for a Out-Of-Time-P.D.R. with the T.C.C.P Art, 11.07 Sec.3(c), i acting in bad faith to afford Realor to professional and common curtesy of any written responses to his correspendences or request or that or/and requiry.Please see exhibet atteched (exhibit A )

(3)

IV

## PRAYER FOR RELIEF

Wherefore,PREMISES CONSIDERED, RELATOR, Zack G Eldred Jr.Pro se, respectfully requests this Court to issue a Writ Of Mandamus directivy the Bowie County District Clerks office to Relatortor request as to the status of his Writ Of Habeas Corpuse For Out-Of-Time P.D.R and/or whatever this Court feels is appropriate.

Respeclfully Submitted

_____
Zack G Eldred Jr.
Relator Pro Se

Inmate's Declaration

I, ZACK G ELDRED JR., TDCJ No. #1812117, RElator, Pro Se, being persently incarecerated in the Texas Department Of Criminal Justice, stated in the above origianl appication for Writ Of Mandamus are True and correct

Signed on This ___/ 7___ day Of ___MAY__. 2015

_____
Signature Of Relator
Zack G ELdred Jr.
TDCJ-ID No.$ 1812117



## State Counsel for Offenders

### A Division of Texas Department of Criminal Justice

P.O. Box 4005
Huntsville, TX 77342-4005
(936) 437-5203

April 7, 2015

Zack Eldred Jr. #1812117
Clements Unit
BC/037

Dear Mr. Eldred:

Upon receiving your letter dated March 29, 2015, wherein you are requesting assistance from our office regarding the writ of habeas you filed with the court. After speaking with the district clerk at Bowie County, it appears your writ of habeas has been filed and is currently pending review.

Thank you,

Lisa M. Moss
Legal Assistant II
Appellate Section
State Counsel for Offenders